U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R00971)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 0 4 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** DeKalb

**DISTRICT COURT NO.:** 1:25-CR-0480

**MAGISTRATE CASE NO.**

X Indictment
DATE: November 4, 2025

Information
DATE:

Magistrate's Complaint
DATE:

**UNITED STATES OF AMERICA**
vs.
**DANIEL SPITZER**

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney: Brent Alan Gray
Attorney: Eric White