U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 4 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Indictment/Information |
| v. | |
| DANIEL SPITZER | 1:25-CR-0480 |
| **Agent to Arrest** | |

ISSUED AND DELIVERED TO U.S. MARSHAL
on 11/5/25
BY: _____ Deputy Clerk

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

_____
Brent Alan Gray
Assistant United States Attorney

_____
Eric White
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ___.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94